UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DELANIE J. BATTLE-DONSON,
      Plaintiff,

vs.                                                    Case No.: 3:24-cv-567-MCR-ZCB

ESCAMBIA COUNTY,
FLORIDA, et al.,
      Defendants.

_____/

## **ORDER**

On June 8, 2026, the Clerk of Court entered default under Fed. R. Civ. P. 55(a) against Defendants Nash, Ford, Griffin, William Hallford, Shorter, Bell, and Robinson.  (Docs. 57, 60).  On June 17, 2026, the Court granted Plaintiff's motion for leave to file a fifth amended complaint (Doc. 54) and accepted Plaintiff's fifth amended complaint (Doc. 55) as the operative pleading in this case.  (Doc. 64).

"[F]ederal district courts have consistently concluded that the filing of an amended complaint moots a previous entry of default . . . ." *Phoenix Ent. Partners, LLC v. Jellyfish, LLC*, No. 3:17cv929, 2018 WL 10517181, at *1 (N.D. Fla. Apr. 12, 2018) (collecting cases); *see also Ledbetter v. Innerscope Hearing Techs., Inc.*, 2025 WL 3301553, at *4-5 (N.D. Ga. May 1, 2025) ("Courts in this Circuit have construed this principle to require

1

setting aside any *entry of default* based on a superseded complaint." (collecting cases)).  Because the Court finds these cases persuasive, it will set aside the prior entry of default and direct the U.S. Marshals Service to serve the formerly defaulted Defendants with the operative fifth amended complaint (Doc. 55).

Accordingly, it is **ORDERED** that:

1.     The Clerk of Court is directed to **SET ASIDE** the entry of default (Doc. 60) entered against Defendants Nash, Ford, Griffin, William Hallford, Shorter, Bell, and Robinson.

2.     The Court will direct service of the fifth amended complaint (Doc. 55) on these Defendants by separate order.[1]

**SO ORDERED** this 13th day of July 2026.

/s/ *Zachary C. Bolitho*

Zachary C. Bolitho
United States Magistrate Judge

---

[1] *See Phoenix Ent. Partners*, 2018 WL 10517181, at *1 ("[H]aving amended the complaint, a plaintiff is not permitted to pursue a default judgment on the original pleading.  Rather, the plaintiff should promptly serve the amended complaint on each defendant and, if that defendant fails to appear, the plaintiff may then move for a default judgment against that defendant on the amended complaint.").